UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SYMANTEC CORP.,

    Plaintiff,    Civil Action No. 02-CV-73740

    v.    Hon. Bernard A. Friedman

COMPUTER ASSOCIATES    Magistrate Judge Komives
INTERNATIONAL, INC.

    Defendant,

_____/

RICHARD B. LEVIN (Intervenor) and
COMPUTER ASSOCIATES
INTERNATIONAL, INC.,

    Counterclaim Plaintiffs,

    v.

SYMANTEC CORP.,

    Counterclaim Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having settled this matter and having stipulated to the entry of this Order, and this Court being otherwise advised in the premises,

**IT IS ORDERED** that this case, and all of the claims and counterclaims asserted herein, is hereby dismissed with prejudice and without costs, interest, or attorneys fees to any party.

02-73740

This Court shall retain jurisdiction over this matter to the extent necessary to enforce compliance with the terms and conditions of the parties' Settlement Agreement.

**SO ORDERED:**

Dated: _December 12, 2008                              s/Bernard A. Friedman_____
                                                       Hon. Bernard A. Friedman
                                                       United Stated District Judge

The parties, by and through their respective undersigned counsel, hereby consent to the entry of the foregoing Order.

| | |
|---|---|
| s/ Mark A. Flagel | s/ Joshua C. Krumholz |
| Mark A. Flagel | Joshua C. Krumholz |
| **LATHAM & WATKINS LLP** | **HOLLAND & KNIGHT LLP** |
| 355 South Grand Avenue | 10 St. James Avenue, 11th Floor |
| Los Angeles, CA 90071-1560 | Boston, Massachusetts 02116 |
| Tel.: (213) 485-1234 | Tel: (617) 523-2700 |
| Fax: (213) 891-8763 | Fax: (617) 523-6850 |
| e-mail:  mark.flagel@lw.com | e-mail: Joshua.krumholz@hklaw.com |

s/ Lawrence J. Murphy
Lawrence J. Murphy
**HONIGMAN, MILLER, SCHWARTZ & COHN LLP**
660 Woodward Avenue, Suite 2290
Detroit, MI 48226-3506
Tel.: (313) 465-7000
Fax: (313) 465-7489
email: lmurphy@honigman.com

*Attorneys for Plaintiff,*                             *Attorneys for Defendant CA, Inc. (formerly*
*Symantec Corporation*                                 *known as Computer Associates International,*
                                                       *Inc.)*